RECEIVED

MAR 1 0 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

FILED

MAR 1 0 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

)
TIMOTHY ALPHONSO JONES )
)
)
)
)
)
*(Write the full name of each plaintiff* )
*who is filing this complaint. If the* )
*names of all the plaintiffs cannot fit in* )
*the space above, please write "see* )
*attached" in the space and attach an* )
*additional page with the full list of* )
*names.)* )
)
**v.** )
)
WILLIAM K. MARSHALL III; )
COLETTE S. PETERS; )
MICHAEL CARVAJAL; )
UNKNOWN AGENTS U.S. BUREAU OF PRISONS; )
UNKNOWN AGENTS U.S. PROBATION OFFICE; )
(SEE ATTACHED) )
*(Write the full name of each defendant.* )
*The caption must include the names of* )
*all of the parties. Fed. R. Civ. P. 10(a).* )
*Merely listing one party and writing "et* )
*al." is insufficient. Attach additional* )
*sheets if necessary.)* )

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of
District Court)*

Plaintiff requests trial by jury:

☒ Yes    ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT of MISSOURI
DIVISION

| | |
|---|---|
| TIMOTHY ALPHONSO JONES ) | COMPLAINT FOR A CIVIL CASE |
| ) | |
| ) | |
| V. ) | |
| ) | |
| (CONTINUED) ) | |
| ) | |
| PAM BONDI; ) | |
| MERRICK GARLAND; ) | |
| WILLIAM BARR; ) | |
| MATHEW WHITAKER; ) | |
| JEFF SESSIONS; ) | |
| UNKNOWN AGENTS U.S. DEPARTMENT of JUSTICE; ) | |
| MARK S. INCH; ) | |
| HUGH HURWITZ; ) | |
| KATHLEEN HAWK SAWYERS; ) | |
| U.S. DEPARTMENT OF JUSTICE; ) | |
| U.S. BUREAU OF PRISONS; ) | |
| U.S. PROBATION. ) | |

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name TIMOTHY ALPHONSO JONES

Street Address 3500 MIAMI ST. APT. 103

City and County ST. LOUIS

State and Zip Code MISSOURI 63118

Telephone Number 557 - 213 - 1070

E-mail Address Timothyjo0624 @ gmail. com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name WILLIAM K. MARSHALL, III

Job or Title DIRECTOR, UNITED STATES BUREAU OF PRISONS

Street Address 320 FIRST STREET, NW

City and County

State and Zip Code WASHINGTON, D.C. 20534

Telephone Number 202 - 307 - 3198

E-mail Address info @ bop.gov

(SEE ATTACHED:)

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

I.  THE PARTIES TO THIS COMPLAINT (CONTINUED)

B.  THE DEFENDANT(S)

DEFENDANT NO. 2

COLETTE S. PETERS
FORMER DIRECTOR, UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C. 20534
202 - 807 - 3198
info @ bop. gov

DEFENDANT NO. 3

MICHAEL CARVAJAL
FORMER DIRECTOR, UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C. 20534
202 - 807 - 3198
info @ bop. gov

DEFENDANT NO. 4

UNKNOWN AGENT(S), UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C. 20534
202 - 807 - 3198
info @ bop. gov

DEFENDANT NO. 5

UNKNOWN AGENT(S), UNITED STATES PROBATION
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202 - 514 - 2000
justice. gov / component - contact - information

DEFENDANT NO. 6

PAM BONDI
UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202 - 514 - 2000
justice. gov / component - contact - information

I.   THE PARTIES TO THIS COMPLAINT (CONTINUED)

B.   THE DEFENDANT(S)

DEFENDANT NO. 7

MERRICK GARLAND
FORMER UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202-514-2000
justice.gov/component-contact-information

DEFENDANT NO. 8

WILLIAM BARR
FORMER UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202-514-2000
justice.gov/component-contact-information

DEFENDANT NO. 9

MATHEW WHITAKER
ACTING-FORMER UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202-514-2000
justice.gov/component-contact-information

DEFENDANT NO. 10

JEFF SESSIONS
FORMER UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202-514-2000
justice.gov/component-contact-information

DEFENDANT NO. 11

UNKNOWN AGENT(S) U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202-514-2000
justice.gov/component-contact-information

2b

I.   THE PARTIES TO THIS COMPLAINT  ( CONTINUED)

B.   THE DEFENDANT(S)

DEFENDANT NO. 12

KATHLEEN HAWK SAWYER
FORMER DIRECTOR, UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C.  20534
202 - 807 - 3198
info @ bop. gov

DEFENDANT NO. 13

HUGH HURWITZ
FORMER DIRECTOR, UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C.  20534
202 - 807 - 3198

DEFENDANT NO. 14

MARK S. INCH
FORMER DIRECTOR, UNITED STATES BUREAU OF PRISONS
OFFICE OF GENERAL COUNSEL
320 FIRST ST. NW
WASHINGTON, D.C.  20534
202 - 807- 3198

DEFENDANT NO. 15

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C.  20530
202 - 514 - 2000
justice. gov / component - contact - information

DEFENDANT NO. 16

U.S. BUREAU OF PRISONS
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202 - 514 - 2000
justice. gov / component - contact - information

DEFENDANT NO. 17

U. S. PROBATION
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530
202 - 514 - 2000
justice. gov / component - contact - information

2 c

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.     Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UNITED STATES CONSTITUTION AMENDMENTS 5, 6, AND 14 SEC. 1;
18 U.S.C. § 3553
5 U.S.C. § 552 a(e)(5); (g)(1)(c);
§ 552 a(d); (g)(1)(A)

### B.     Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

WILLIAM K. MARSHALL III ;          MERRICK GARLAND ;
COLETTE S. PETERS ;               WILLIAM BARR ;
MICHAEL CARYAJAL ;               MATHEW WHITAKER;
UNKNOWN AGENT(S) U.S. BOP;        JEFF SESSIONS;
UNKNOWN AGENT(S) U.S. PROBATION;  UNKNOWN AGENTS U.S. DOJ;
PAM BONDI ;                      KATHLEEN HAWK SAWYER;
(SEE ATTACHED)

### C.     Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.     The Plaintiff(s)

The plaintiff, *(name)* TIMOTHY ALPHONSO JONES , is a citizen of the State of *(name)* MISSOURI .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

II.    BASIS FOR JURISDICTION (CONTINUED)

B.  SUIT AGAINST THE FEDERAL GOVERNMENT, A FEDERAL OFFICIAL, OR FEDERAL
     AGENCY (CONTINUED)
     HUGH HURWITZ;                          U.S. BUREAU OF PRISONS;
     MARK S. INCH;                          U.S. PROBATION.
     U.S. DEPARTMENT OF JUSTICE;

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* __SEE ATTACHED__, is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* __SEE ATTACHED__.

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

AS A DIRECT RESULT OF WILFULL, WITH MALICIOUS INTENT, UNLAWFUL AND UNCONSTITUTIONAL ACTS, I HAVE SUFFERED A GRIEVOUS MISCARRIAGE OF JUSTICE, WHICH HAS CAUSED IRREPARABLE MENTAL AND PHYSICAL HARM. NEVERTHELESS, IN THE INTEREST OF JUSTICE AND, IN EFFORT TO EXPEDITE RELIEF FROM CONTINUED SUFFERING, I AM OFFERING TO RESOLVE THIS MATTER BY SEEKING COMPENSATION FOR ONLY A FRACTION OF THE TOTAL HARM CAUSED, AT A FRACTIONAL AMOUNT OF WHAT I AM LAWFULLY AND JUDICIOUSLY ENTITLED TO. I AM SEEKING SEVEN MILLION DOLLARS COMPENSATORY AND; SEVEN MILLION DOLLARS PUNITIVE.

4

II.   BASIS FOR JURISDICTION (CONTINUED)

C.   DIVERSITY OF CITIZENSHIP

DEFENDANT NO. 1

THE DEFENDANT, WILLIAM K. MARSHAL, III, ACTING IN THE OFFICIAL CAPACITY AS DIRECTOR : UNITED STATES BUREAU OF PRISONS (BOP), IS INCORPORATED UNDER COLOR OF FEDERAL LAW AS UNITED STATES DEPARTMENT OF JUSTICE (DOJ). BOP HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 2

THE DEFENDANT, COLETTE S. PETERS, ACTED IN HER OFFICIAL CAPACITY AS DIRECTOR : UNITED STATES BUREAU OF PRISONS (BOP). DIRECTOR, BOP, IS INCORPORATED UNDER COLOR OF FEDERAL LAW AS U.S. DOJ. DOJ HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 3

THE DEFENDANT, MICHAEL CARVAJAL, ACTED IN HIS OFFICIAL CAPACITY AS DIRECTOR : BOP. DIRECTOR, BOP, IS INCORPORATED UNDER COLOR OF FEDERAL LAW AS DOJ. BOP HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 4

DEFENDANT NO. 4, UNKNOWN AGENT(S) ACTING IN THE OFFICIAL CAPACITY AS REPRESENTATIVES OF DOJ IS INCORPORATED UNDER COLOR OF FEDERAL LAW AS DOJ. DOJ, BOP, HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 5

DEFENDANT NO. 5, UNKNOWN AGENT(S) ACTING IN THE OFFICIAL CAPACITY, AS REPRESENTATIVE(S) OF UNITED STATES PROBATION IS INCORPORATED UNDER COLOR OF FEDERAL LAW. U.S. PROBATION HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 6

THE DEFENDANT, PAM BONDI, ACTING IN THE OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL IS INCORPORATED UNDER COLOR OF FEDERAL LAW AS DOJ. DOJ HAS ITS PRINCIPAL PLACE OF BUSINESS IN WASHINGTON, D.C.

DEFENDANT NO. 7

THE DEFENDANT, MERRICK GARLAND, ACTED IN THE OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL. THE U.S. ATTORNEY GENERAL IS INCORPORATED UNDER COLOR OF FEDERAL LAW. THE U.S. ATTORNEY GENERAL PRINCIPAL PLACE OF BUSINESS IS WASHINGTON, D.C.

II.    BASIS FOR JURISDICTION ( CONTINUED)

C.    DIVERSITY OF CITIZENSHIP

DEFENDANT NO. 8

THE DEFENDANT, WILLIAM BARR, ACTED IN THE OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL. THE U.S. ATTORNEY GENERAL IS INCORPORATED UNDER COLOR OF FEDERAL LAW. THE U.S. ATTORNEY GENERAL PRINCIPAL PLACE OF BUSINESS IS WASHINGTON, D.C.

DEFENDANT NO. 9

THE DEFENDANT, MATHEW WHITAKER, ACTING IN THE OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL, THE DEFENDANT WAS INCORPORATED UNDER COLOR OF FEDERAL LAW. THE U.S. ATTORNEY GENERAL PRINCIPAL PLACE OF BUSINESS IS WASHINGTON, D.C.

DEFENDANT NO. 10

THE DEFENDANT, JEFF SESSIONS, ACTED IN THE OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL. THE U.S. ATTORNEY GENERAL IS INCORPORATED UNDER COLOR OF FEDERAL LAW. THE U.S. ATTORNEY GENERAL PRINCIPAL PLACE OF BUSINESS IS WASHINGTON, D.C.

DEFENDANT NO. 11

THE DEFENDANT(S), UNKNOWN AGENT(S) ACTING IN THE OFFICIAL CAPACITY AS REPRESENTATIVES OF DOJ WERE INCORPORATED UNDER COLOR OF FEDERAL LAW. DOJ PRINCIPAL PLACE OF BUSINESS IS WASHINGTON, D.C.

III.    **Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

**FACTS:**    ON DECEMBER 26, 1991 ST. LOUIS, MISSOURI METROPOLITAN POLICE STOPPED, QUESTIONED ME ABOUT A ROBBERY, THEN TOOK ME TO POLICE HEADQUARTERS. ONCE THERE I WAS DETAINED FAR IN EXCESS OF THE TIME PERIOD PERMISSIBLE BY LAW FOR A PERSON TO BE DETAINED WITHOUT BEING FORMALLY ARRESTED, CHARGED, NOR INDICTED. THROUGHOUT THE UNLAWFUL DETENTION, DETECTIVE WURM OF ST. LOUIS, MISSOURI METROPOLITAN POLICE THREATENED ME WITH BEING CHARGED AND FOUND GUILTY OF MORE AND MORE ROBBERIES THE LONGER I REFUSED TO ADMIT GUILT. SUCCUMBING TO THREATS AND INTIMIDATING TACTICS I WROTE A STATEMENT WHICH READ, "BASED UPON THE PROMISE I WILL RECEIVE NO GREATER THAN A TEN (10) YEARS SENTENCE, I WILL AGREE TO PLEAD GUILTY TO THE FOLLOWING CRIMES," I THEN LISTED NINE (9) POLICE REPORT IDENTIFICATION NUMBERS DET. WURM, OF ST. LOUIS, MISSOURI METROPOLITAN POLICE, ORDERED ME TO WRITE DOWN. I WAS THEN TAKEN TO A CELL AND FURTHER ISOLATED FROM ALL OTHER DETAINEES. APPROXIMATELY TWO WEEKS LATER, WITHOUT EVER HAVING SEEN OR SPOKEN TO ANYONE IDENTIFIED AS A REPRESENTATIVE OF THE U.S. GOVERNMENT, I WAS INFORMED I WAS IN THE CUSTODY OF THE FEDERAL GOVERNMENT. UNBEKNOWNST TO ME, ONE OF THE NINE POLICE REPORTS METROPOLITAN POLICE OFFICER DET. WURM INSTRUCTED ME TO LIST IN THE WRITTEN STATEMENT RELATED TO A BANK ROBBERY. USING THAT POLICE REPORT, DET. WURM CONTACTED AND SURRENDERED EXCLUSIVE UNCONDITIONAL CUSTODY OF ME TO FBI AGENT KETTNER.

BASED UPON THE INFORMATION CONTAINED IN THE COERCED STATEMENT, ON JANUARY 10, 1992 THE U.S. GOVERNMENT MOTIONED COURT FOR PRETRIAL DETENTION. (SEE ATTACHED)

IV.    **Relief**

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

(SEE ATTACHED: Pg 5 d)

5

III.    STATEMENT OF CLAIM (CONTINUED)

FACTS: COURT GRANTED THE U.S. GOVERNMENT'S MOTION AND ORDERED ME DETAINED IN THE CUSTODY OF THE UNITED STATES ATTORNEY GENERAL, WITHOUT OBLIGATION(S) TO ANY OTHER SOVEREIGN.

ON JANUARY 15, 1992 THE U.S. GOVERNMENT INDICTED ME ON ONE COUNT OF BANK ROBBERY.

ONE MONTH LATER, FEBRUARY 13, 1992, THE STATE OF MISSOURI INDICTED ME ON THE ROBBERIES LISTED IN THE REMAINING EIGHT POLICE REPORTS DET. WURM, OF ST. LOUIS, MISSOURI METROPOLITAN POLICE, INSTRUCTED ME TO LIST IN THE WRITTEN STATEMENT.

FOLLOWING MY BEING FOUND GUILTY BY JURY ON ONE COUNT OF BANK ROBBERY COURT ORDERED A PRESENTENCE REPORT (PSR). AN UNKNOWN AGENT(S) ACTING IN THE OFFICIAL CAPACITY AS A REPRESENTATIVE OF UNITED STATES PROBATION, UNDER COLOR OF FEDERAL LAW, IN COLLUSION WITH ASSISTANT UNITED STATES ATTORNEY THOMAS J. MEHAN, UNITED STATES DISTRICT JUDGE STEPHEN N. LIMBAUGH, AND COURT APPOINTED ATTORNEY PHILIP C. GRAHAM, PREPARED A PSR WITHOUT ALLOWING ME TO PARTICIPATE, THEN PRESENTED IT TO COURT TO HAVE IT ACCEPTED INTO RECORD AS FACT WITHOUT INFORMING ME WHAT WAS WRITTEN IN THE PSR, NOR ACCORDING ME THE OPPORTUNITY TO CHALLENGE THAT INFORMATION. AS A RESULT, FALSE INFORMATION WAS KNOWINGLY, AND WITH MALICIOUS INTENT, INTRODUCED INTO RECORD AND ACCEPTED AS FACT WITHOUT MY KNOWLEDGE, WHICH INCLUDED, BUT WAS NOT LIMITED TO, IT BEING FALSELY STATED THE U.S. GOVERNMENT OBTAINED TEMPORARY CUSTODY OF ME FROM THE STATE OF MISSOURI, VIA A WRIT OF HABEAS CORPUS AD PROSEQUENDUM (WHCAP), TO BE ADJUDICATED ON THE CHARGE OF BANK ROBBERY.

ON AUGUST 13, 1993 COURT SENTENCED ME TO A FEDERAL TERM OF TWO HUNDRED TWENTY (220) MONTHS. COURT ORDERED I WAS THEREWITH COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS (BOP), TO COMMENCE SERVING THE TERM IMMEDIATELY AND, RECOMMENDED TO BOP I BE PLACED IN AN INSTITUTION AS CLOSE TO THE CITY OF ST. LOUIS, MISSOURI AS IS FEASIBLY POSSIBLE.

ACTING ON HIS/HER OWN ACCORD, AND WITH ABSOLUTELY NO LEGAL AUTHORITY TO DO SO, THE U.S. MARSHAL ALLOWED THE STATE OF MISSOURI TO ASSUME CUSTODY OF ME. SUBSEQUENTLY, I WAS TRIED AND FOUND GUILTY BY JURY ON ONE COUNT OF ROBBERY BY THE STATE OF MISSOURI IN OCTOBER 1993. THEN ON OR ABOUT NOVEMBER 7, 1993 ORDERED BY STATE OF MISSOURI TO SERVE A STATE TERM OF THIRTY (30) YEARS CONSECUTIVE TO THE FEDERAL TERM OF TWO HUNDRED TWENTY MONTHS I WAS ALREADY SERVING. I WAS IMMEDIATELY TRANSPORTED TO STATE PRISON AND KEPT THERE UNTIL JANUARY 11, 2018.

ON JANUARY 11, 2018 MISSOURI DEPARTMENT OF CORRECTIONS PAROLED ME TO THE CUSTODY OF BOP. ON OR ABOUT MARCH 4, 2018 I ARRIVED AT UNITED STATES PRISON (USP) LEAVENWORTH (NOW RENAMED FCI LEAVENWORTH) AND TOLD I WAS JUST THEN STARTING TO SERVE THE FEDERAL TERM OF TWO HUNDRED TWENTY MONTHS ORDERED ON AUGUST 13, 1993, BASED SOLELY UPON THE PSR STATING THE U.S. HELD TEMPORARY CUSTODY OF ME WHILE ADJUDICATING ME ON THE CHARGE OF BANK ROBBERY.

I IMMEDIATELY INITIATED AND EXHAUSTED THE ADMINISTRATIVE GRIEVANCE PROCEDURE, ARGUING BOP HELD ABSOLUTELY NO AUTHORITY TO LEGALLY CONTINUE MY IMPRISONMENT ON THE AUTHORITY OF THE WRIT OF COMMITMENT DATED AUGUST 13, 1993, BASED UPON THE FACTS A WHCAP NEVER EXISTED, WHICH CAUSED THE FEDERAL TERM TO COMMENCE BEING SERVED IMMEDIATELY UPON ITS IMPOSITION ON AUGUST 13, 1993, AND CONTINUED TO BE SERVED UNTIL

5a

III.    STATEMENT OF CLAIM (CONTINUED)

FACTS: EXHAUSTED BY ITS OWN TERMS.

ON JANUARY 31, 2019 IAN CONNORS ACTING IN OFFICIAL CAPACITY AS ADMINISTRATOR NATIONAL INMATE APPEALS, UNDER COLOR OF FEDERAL LAW, DENIED MY REQUES FOR IMMEDIATE RELIEF FROM UNLAWFUL IMPRISONMENT, BASED SOLELY UPON THE FALSE INFORMATION CONTAINED IN THE PSR, WITHOUT ASCERTAINING WHETHER THAT INFORMATION WAS TRUTHFUL.

I THEN PETITIONED SENTENCING COURT FOR IMMEDIATE RELIEF FROM UNLAWFUL IMPRISONMENT BY MOTIONING FOR A NUNC PRO TUNC JUDGMENT, WHILE SIMULTANEOUSLY SEARCHING FOR LEGAL AUTHORITY SUPPORT. UPON FINDING PROPER LEGAL AUTHORITY, SUPPORTING MY CLAIM OF UNLAWFUL IMPRISONMENT, I THEN REINITIATED THE ADMINISTRATIVE REMEDY PROCEDURE AND RECITED THAT AUTHORITY.

ON OR ABOUT AUGUST 4, 2025 BOP GRANTED ME IMMEDIATE RELEASE FROM PRISON AFTER HAVING ME SIGN, UNDER DURESS, DOCUMENTS WHICH PLACES ME UNDER THE SUPERVISION OF UNITED STATES PROBATION.

CLAIMS:

1. THE ENTIRETY OF THE UNITED STATES CASE AGAINST ME: HAVING CHARGED ME WITH BANK ROBBERY, WHICH RESULTED IN MY BEING SENTENCED TO TWO HUNDRED TWENTY (220) MONTHS IN FEDERAL PRISON, IS BUILT ENTIRELY UPON AN UNLAWFUL FOUNDATION. FBI AGENT KETTNER AND ASSISTANT UNITED STATES ATTORNEY THOMAS J. MEHAN, ACTING IN OFFICIAL CAPACITY AND UNDER COLOR OF FEDERAL LAW, KNOWINGLY AND WITH MALICIOUS INTENT, CONCEALED FROM COURT RECORD HOW THE U.S. GOVERNMENT BECAME AWARE OF MY IDENTITY AND ASSOCIATED IT WITH A BANK ROBBERY. AS A RESULT OF THAT DECEPTION I SPENT THIRTY THREE (33) YEARS EIGHT (8) MONTHS IN CONTINUED CONFINEMENT. THROUGHOUT THE PERIOD OF UNLAWFUL IMPRISONMENT, I SUFFERED, AND CONTINE TO SUFFER, IRREPARABLE MENTAL AND PHYSICAL HARM;

2. UNKNOWN AGENT(S) OF UNITED STATES PROBATION, ASSISTANT UNITED STATES ATTORNEY THOMAS J. MEHAN, AND UNITED STATES DISTRICT JUDGE STEPHEN N. LIMBAUGH, ACTING IN OFFICIAL CAPACITY, UNDER COLOR OF FEDERAL LAW, WITH THE ASSISTANCE OF COURT APPOINTED ATTORNEY PHILIP C. GRAHAM, WILFULLY AND WITH MALICIOUS INTENT, COLLUSIVELY PREPARED A PRESENTENCE REPORT (PSR) COMPRISED OF KNOWN TO BE FALSE INFORMATION, PRESENTED IT TO COURT AND HAD IT ACCEPTED INTO RECORD AS FACT, WITHOUT INFORMING ME OF THE INFORMATION CONTAINED IN THE PSR NOR ALLOWING ME TO CHALLENGE IT. AS A DIRECT RESULT OF THIS VIOLATION OF DUE PROCESS OF LAW I SPENT SEVEN YEARS UNCONSTITUTIONALLY IMPRISONED BEYOND THE MAXIMUM TIME LIMIT PERMISSIBLE BY LAW UNDER THE TERMS ORDERED BY THE MITTIMUS DATED AUGUST 13, 1993, IN THE UNLIKELY EVENT THE FEDERAL TERM OF IMPRISONMENT COULD BE PROVEN TO BE BUILT UPON A LAWFUL FOUNDATION. ON JANUARY 11, 2018, UNKNOWN AGENTS ACTING IN THE OFFICIAL CAPACITY AS REPRESENTATIVE FOR DOJ, UNDER COLOR OF FEDERAL LAW, UNLAWFULLY RESUMED ACTUAL PHYSICAL CUSTODY OF ME FROM MISSOURI DEPARTMENT OF CORRECTIONS. I WAS SUBSEQUENTLY TRANSPORTED TO U.S.P. LEAVENWORTH AND PLACED UNDER THE SUPERVISION OF N.C. ENGLISH, WARDEN. WARDEN ENGLISH JUSTIFIED CONTINUED IMPRISONMENT BASED UPON A WRIT OF COMMITMENT DATED AUGUST 13, 1993 WHICH HAD ALREADY BEEN EXHAUSTED IN ITS ENTIRETY BY ITS OWN TERMS, AND FALSE INFORMATION CONTAINED IN A PSR WITHOUT ASCERTAINING WHETHER THAT INFORMATION WAS TRUTHFUL. ON JANUARY 31, 2019, IAN

5b

III.  STATEMENT OF CLAIM (CONTINUED)

CLAIMS: (CONTINUED)

2. (CONTINUED)

CONNORS ACTED IN OFFICIAL CAPACITY AS ADMINISTRATOR NATIONAL INMATE APPEALS, UNDER COLOR OF FEDERAL LAW, IN REPRESENTATION FOR DIRECTOR: BOP, AND BY EXTENSION THEREOF: U.S. ATTORNEY GENERAL AND DOJ, DEFENDED WARDEN ENGLISH ACTIONS BY DENYING ME IMMEDIATE RELIEF FROM CONTINUED UNLAWFUL IMPRISONMENT, BASED SOLELY UPON A MITTIMUS DATED AUGUST 13, 1993, WHICH HAD ALREADY EXHAUSTED ITSELF, IN ITS ENTIRETY, BY ITS OWN TERMS AND; UPON FALSE INFORMATION CONTAINED IN A PSR I HAD NEVER BEEN INFORMED OF NOR ALLOWED TO CHALLENGE, UNTIL AFTER BEING IMPRISONED FOR TWENTY YEARS AFTER WRIT OF COMMITMENT DATED AUGUST 13, 1993 ORDERED ITS TERM OF TWO HUNDRED TWENTY MONTHS (EIGHTEEN YEARS FOUR MONTHS) TO COMMENCE BEING SERVED IMMEDIATELY. AS A DIRECT RESULT OF THE AFORESTATED EGREGIOUS MISCARRIGE OF JUSTICE I SUFFERED THE GRIEVOUS HARM OF BEING IMPRISONED APPROXIMATELY SEVEN (7) YEARS BEYOND THE MAXIMUM TERM LIMIT PERMISSIBLE BY LAW, HAD THE SENTENCE BEEN BUILT UPON A LAWFUL FOUNDATION. UNLAWFUL IMPRISONMENT INFLICTED IRREPARABLE MENTAL AND PHYSICAL HARM WHICH INCLUDES, BUT IS NOT LIMITED TO: HIGH BLOOD PRESSURE, LOSS OF MULTIPLE TEETH, PERIODIC NOSE BLEEDS AND PERSISTENT SHORTNESS OF BREATH.

3. ON AUGUST 4, 2025 UNKNOWN AGENTS ACTING UNDER COLOR OF FEDERAL LAW, IN THE OFFICIAL CAPACITY AS REPRESENTATIVES FOR: U.S. ATTORNEY GENERAL, DOJ, BOP, AND U.S. PROBATION, RESPONDED TO MY REQUEST FOR ADMINISTRATIVE REMEDY FROM CONTINUED UNLAWFUL IMPRISONMENT BY EFFECTING MY BEING IMMEDIATELY RELEASED FROM U.S.P. LEAVENWORTH, LEAVENWORTH, KANSAS, UPON COMMANDING ME TO SIGN DOCUMENTS WHICH PLACE ME UNDER CONTINUED SUPERVISION BY U.S. PROBATION. BEING UNDER SUPERVISION BY U.S. PROBATION INFRINGES UPON MY LIBERTY BY INHIBITING FREEDOM OF MOVEMENT, ASSOCIATIONS, AND PRIVACY, WITHOUT ENFORCEABLE LEGAL AUTHORITY TO DO SO. UNLAWFUL SUPERVISION CONTINUES TO INFLICTS CONTINUED DETERIORATION OF MENTAL AND PHYSICAL HEALTHINESS AND WELL BEING.

4. JEFF SESSIONS, ACTING IN HIS OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL, UNDER COLOR OF FEDERAL LAW, KNEW OR SHOULD HAVE KNOWN, AGENTS ACTING UNDER THE LEADERSHIP OF THE U.S. ATTORNEY GENERAL, ASSUMED CUSTODY OF ME FROM MISSOURI DEPARTMENT OF CORRECTIONS ON JANUARY 11, 2018, BASED SOLELY UPON THE AUTHORITY OF A MITTIMUS DATED AUGUST 13, 1993, WHICH HAD ALREADY EXHAUSTED ITSELF, IN ITS ENTIRETY, BY ITS OWN TERMS, AND; UPON FALSE INFORMATION I HAD NEVER BEEN INFORMED OF NOR ALLOWED TO CHALLENGE, WRITTEN IN A PSR, WITHOUT ASCERTAINING WHETHER THAT INFORMATION WAS TRUTHFUL, PRIOR TO SUBJECTING ME TO GRIEVOUS MENTAL AND PHYSICAL HARM BASED UPON THAT INFORMATION.

5. MATHEW WHITAKER, WILLIAM BARR, MERRICK GARLAND, PAM BONDI, ACTING IN THEIR OFFICIAL CAPACITY AS SUCCESSIVE U.S. ATTORNEY GENERAL, UNDER COLOR OF FEDERAL LAW, CONSPIRED WITH JEFF SESSIONS IN DEPRIVING ME OF MY LIBERTY WITHOUT LEGAL AUTHORITY TO DO SO, BY FAILING TO TAKE ACTIONS TO EFFECT MY IMMEDIATE RELEASE FROM CONTINUED UNLAWFUL IMPRISONMENT PRIOR TO AUGUST 4, 2025. IN AIDING AND ABETTING SESSIONS

III.  STATEMENT OF CLAIM ( CONTINUED )

CLAIMS :  ( CONTINUED )

5. (CONTINUED)

ACTS, OR FAILURE TO ACT, COLLECTIVELY, IN SUCCESSIVE OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL, RESULTED IN MY BEING IMPRISONED FROM JANUARY 11, 2018 THRU AUGUST 4, 2025 BEYOND THE MAXIMUM TERM OF IMPRISONMENT PERMISSIBLE BY LAW, HAD THE TERM OF IMPRISONMENT BEEN BUILT UPON A LAWFUL FOUNDATION. THE APPROXIMATE SEVEN YEARS OF FORCED IMPRISONMENT BEYOND THE MAXIMUM TERM PERMISSIBLE BY LAW INFLICTED IRREPARABLE MENTAL AND PHYSICAL HARM.

6. ACTING IN THE OFFICIAL CAPACITY AS DIRECTOR OF UNITED STATES BUREAU OF PRISONS (BOP), UNDER COLOR OF FEDERAL LAW, MARK S. INCH ALLOWED, OR SHOULD HAVE PREVENTED, UNKNOWN AGENT(S) ACTING UNDER COLOR OF FEDERAL LAW, IN THE OFFICIAL CAPACITY AS REPRESENTATIVE(S) OF BOP, ASSUMING CUSTODY OF ME FROM MISSOURI DEPARTMENT OF CORRECTIONS ON JANUARY 11, 2018, TRANSPORTING ME TO U.S.P. LEAVENWORTH, LEAVENWORTH, KANSAS, THEN PLACING ME UNDER THE SUPERVISION OF N.C. ENGLISH, WARDEN. THOSE ACTIONS WERE BASED SOLELY UPON FALSE INFORMATION CONTAINED IN A PSR, AND A WRIT OF COMMITMENT THAT HAD ALREADY EXHAUSTED ITSELF BY ITS OWN TERMS. I SUFFERED IRREPARABLE MENTAL AND PHYSICAL HARM AS A RESULT OF UNLAWFUL DEPRIVATION OF LIBERTY.

7. HUGH HURWITZ, KATHLEEN HAWK SAWYER, MICHAEL CARVAJAL, COLETTE S. PETERS, AND WILLIAM K. MARSHALL, III, COLLECTIVELY, ACTING IN OFFICIAL CAPACITY AS SUCCESSIVE DIRECTORS OF UNITED STATES BUREAU OF PRISONS (BOP), UNDER COLOR OF FEDERAL LAW, IN COLLUSION WITH MARK S. INCH, FAILED TO PREVENT SUBORDINATES ACTING UNDER THEIR LEADERSHIP AND COLOR OF FEDERAL LAW, IN THE OFFICIAL CAPACITY AS REPRESENTATIVE(S) OF BOP, FROM DEPRIVING ME OF MY LIBERTY WITH ABSOLUTELY NO LEGAL AUTHORITY TO DO SO, THROUGHOUT THE PERIOD OF JANUARY 11, 2018 THRU AUGUST 4, 2025, INFLICTING IRREPARABLE MENTAL AND PHYSICAL HARM.

8. UNKNOWN AGENT(S) ACTING IN THE OFFICIAL CAPACITY AS REPRESENTATIVES OF BOP AND U.S. PROBATION, UNDER COLOR OF FEDERAL LAW, ON AUGUST 4, 2025 HAD ME SIGN, WHILE UNDER DURESS, DOCUMENTS WHICH IMMEDIATELY RELEASED ME FROM CONTINUED IMPRISONMENT AT U.S.P. LEAVENWORTH, LEAVENWORTH, KANSAS, TO THE U.S. COURTHOUSE ADDRESS AT 111 S. 10th ST. ST. LOUIS, MISSOURI, UNDER THE SUPERVISION OF U.S. PROBATION, WITH ABSOLUTELY NO LEGAL AUTHORITY TO DO SO. CONTINUED SUPERVISION BY DOJ, U.S. PROBATION AND UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI CONTINUES TO SUBJECT ME TO DOUBLE JEOPARDY AND INFLICT GRIEVOUS MENTAL AND PHYSICAL HARM.

IV.  RELIEF

1. IMMEDIATE RELEASE FROM CONTINUED SUPERVISION BY UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI, U.S. PROBATION, DOJ, AND ANY AND ALL OTHER GOVERNMENT ENTITIES;

2. COMPLETE PHYSICAL EXAMINATION TO DIAGNOSE AND TREAT CAUSE(S) OF PERIODIC NOSE BLEEDS, PERSISTENT SHORTNESS OF BREATH, AND TREATMENT FOR HIGH BLOOD PRESSURE; TREATMENT FOR HEMMORHOIDS;

3. DENTAL TREATMENT AND REPAIR;

4. TWO BEDROOM HOME ON MINIMUM OF TWO AND A HALF ACRES WITH LIFETIME

5 d

IV. RELIEF (CONTINUED)
  4. (CONTINUED)
     TAX EXEMPTION;
  5. REINSTATEMENT OF DRIVER'S LICENSE, OR PROVIDE NECESSARY ASSISTANCE
     TO EXPEDITE REINSTATEMENT, ie VEHICLE TO PRACTICE AND TEST IN;
  6. BRAND NEW PICKUP TRUCK, SUV, OR CAR;
  7. LICENSE TO CARRY CONCEALED FIREARM.


**ENTITLEMENT TO DAMAGES:**

THE REASON(S) I CLAIM I AM ENTITLED TO RECOVER THE SPECIFIED DAMAGES IS
BASED UPON:
  1. THE WILLFULL AND MALICIOUS INTENT IN WHICH THE CRUEL AND UNUSUAL
     PUNISHMENT WAS INFLICTED;
  2. THE SEVERITY OF THE CRUEL AND UNUSUAL PUNISHMENT INFLICTED;
  3. THE FACT THAT I AM SEEKING COMPENSATION FOR ONLY A FRACTION OF THE
     TOTAL SUFFERING AND HARM INFLICTED;
  4. AS A DETERMENT AGAINST FUTURE ACTIONS OF THIS NATURE BEING COMMITTED.

5e

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$7,000,000.00 (SEVEN MILLION) COMPENSATORY;
$7,000,000.00 (SEVEN MILLON) PUNITIVE;
THE REASONS I AM REQUESTING THE SPECIFIED DAMAGES ARE BASED
UPON: (SEE ATTACHED): pg 5c

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10_ day of ___MARCH___, 20 _26_.

Signature of Plaintiff(s) _____